In The

# *Court of Appeals*

# *Ninth District of Texas at Beaumont*

_____

## NO. 09-12-00235-CR
_____

**KEVIN WADE LUMAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the 258th District Court
Polk County, Texas
Trial Cause No. 17516

## MEMORANDUM OPINION

Pursuant to a plea bargain agreement, Kevin Wade Luman pleaded guilty to the attempted manufacture of a controlled substance. The trial court found Luman guilty, suspended imposition of sentence, and placed Luman on community supervision for ten years. The State subsequently filed a motion to revoke Luman's community supervision. Luman pleaded "true" to violating three conditions of his community supervision. The trial court found that Luman violated the conditions of his community supervision, revoked Luman's community supervision, and sentenced Luman to seven years in prison.

1

Luman's appellate counsel filed a brief that presents counsel's professional evaluation of the record and concludes Luman's appeal is frivolous. *See Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978). On September 20, 2012, we granted an extension of time for Luman to file a *pro se* brief. We received no response from Luman. We have determined that this appeal is wholly frivolous. We have independently examined the clerk's record and the reporter's record, and we agree that no arguable issues support an appeal. We therefore find it unnecessary to order appointment of new counsel to re-brief the appeal. *Compare Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). We affirm the trial court's judgment.[1]

AFFIRMED.

_____
STEVE McKEITHEN
Chief Justice

Submitted on December 28, 2012
Opinion Delivered January 23, 2013
Do Not Publish

Before McKeithen, C.J., Gaultney and Horton, JJ.

---

[1]Luman may challenge our decision by filing a petition for discretionary review. *See* Tex. R. App. P. 68.